AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA K. BAKER, ESQ.
Nevada Bar No. 15172
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:      amaurice@mauricewood.com
                 bwood@mauricewood.com
                 abaker@mauricewood.com

Attorneys for Defendant,
FIRST AMERICAN TITLE INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PHILIP J. FAGAN, JR., an individual, and as Trustee of the PHILIP J. FAGAN, JR. 2001 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; and Does I-X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00371-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT** |

Plaintiff, Philip J. Fagan, Jr., individually and as trustee of the Philip J. Fagan, Jr. 2001 Trust, ("Plaintiff") and Defendant, First American Title Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On March 15, 2023, Plaintiff served Defendant with the Summons and Complaint.

2. On March 27, 2023, Defendant retained MAURICE WOOD to respond to the Complaint.

3. Defendant requests a brief extension of time to respond to the Complaint as a result of counsel's recent retention.

(8754-312)                                       Page 1 of 2

4. This extension is requested to allow counsel for Defendant additional time to review and respond to Complaint.

5. Accordingly, Defendant requests a brief extension through April 14, 2023, to respond to the Complaint.

6. Counsel for Plaintiff does not oppose the requested extension.

7. This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 29th day of March, 2023.                    DATED this 29th day of March, 2023.

**MAURICE WOOD**                                        **BLACK & WADHAMS**

By: */s/Brittany Wood*                                  By: */s/Allison R. Schmidt*
   AARON R. MAURICE, ESQ.                                   ALLISON R. SCHMIDT, ESQ.
   Nevada Bar No. 006412                                    Nevada Bar No. 10743
   BRITTANY WOOD, ESQ.                                      10777 W. Twain Ave., Suite 300
   Nevada Bar No. 007562                                    Las Vegas, Nevada 89135
   AMANDA K. BAKER, ESQ.
   Nevada Bar No. 15172                                     *Attorneys for Plaintiff*
   8750 W. Charleston Blvd., Ste. 100
   Las Vegas, Nevada 89117
   *Attorneys for Defendant*

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge