Allison R. Schmidt
Nevada Bar No. 10743
BLACK & WADHAMS
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP J. FAGAN, JR., an individual, and as Trustee of the PHILIP J. FAGAN, JR. 2001 TRUST<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; and Does I-X, inclusive,<br><br>Defendants | Case No.: 2:23-cv-00371-RFB-DJA<br><br>**STIPULATION & ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS [DKT. NO 9]**<br>**(FIRST REQUEST)** |

     Plaintiff, Philip J. Fagan, Jr., individually and as trustee of the Philip J. Fagan, Jr. 2001 Trust, ("Plaintiff") and Defendant, First American Title Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

     1.    On March 15, 2023, Plaintiff served Defendant with the Summons and Complaint.

     2.    On April 13, 2023, Defendant filed a Motion to Dismiss asserting, *inter alia,* the application of the litigation privilege and the Rooker-Feldman abstention doctrine, Docket Entry No. 9.

     3.    Plaintiff requests a brief extension of time to respond to the Motion to Dismiss.

4.      This extension is requested to allow counsel for Plaintiff additional time to review the points and authorities contained in the motion and to provide a detailed response, Plaintiff's office is currently engaged in a 3-week Jury Trial which has limited the time available to fully research the points raised by Defendant.

5.      Accordingly, Plaintiff requests a brief extension through May 4, 2023, to respond to the Complaint.

6.      Counsel for Defendant does not oppose the requested extension.

7.      This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 27th day of April, 2023.                    DATED this 27th day of April, 2023.

**MAURICE WOOD**                                                        **BLACK & WADHAMS**

By: /s/ Brittany Wood                                              By: /s/ Allison R. Schmidt
　　AARON R. MAURICE, ESQ.                             　　ALLISON R. SCHMIDT, ESQ.
　　Nevada Bar No. 006412                                  　　Nevada Bar No. 10743
　　BRITTANY WOOD, ESQ.                                  　　10777 W. Twain Ave., Suite 300
　　Nevada Bar No. 007562                                  　　Las Vegas, Nevada 89135
　　AMANDA K. BAKER, ESQ.
　　Nevada Bar No. 15172                                   　　*Attorneys for Plaintiff*
　　8750 W. Charleston Blvd., Ste. 100
　　Las Vegas, Nevada 89117
　　*Attorneys for Defendant*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  28th day of April, 2023.