Allison R. Schmidt
Nevada Bar No. 10743
BLACK & WADHAMS
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP J. FAGAN, JR., an individual, and as Trustee of the PHILIP J. FAGAN, JR. 2001 TRUST<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; and Does I-X, inclusive,<br><br>Defendants | Case No.:  2:23-cv-00371-RFB-DJA<br><br>**STIPULATION & ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND FOR ATTORNEY'S FEES AND COSTS [DKT. NO 27]**<br>**(FIRST REQUEST)** |

Plaintiff, Philip J. Fagan, Jr., individually and as trustee of the Philip J. Fagan, Jr. 2001 Trust, ("Plaintiff") and Defendant, First American Title Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On May, 2023, Defendant filed a Motion to Dismiss and for Attorney's fees and costs. [ECF No. 27]

2. Plaintiff requests a brief extension of time to respond to the Motion to Dismiss and for Fees and Costs in order to further investigate the allegations set forth in the motion.

3. This extension is requested to allow counsel for Plaintiff to confer with Plaintiff's former counsel, who the undersigned has learned is in Europe presently and unavailable.

4. Accordingly, Plaintiff requests a brief extension through June 2, 2023, to respond to the Motion to Dismiss and for Attorney's fees and costs.

5. Counsel for Defendant does not oppose the requested extension.

6. This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 26th day of May, 2023.             DATED this 26th day of May, 2023.

**MAURICE WOOD**                               **BLACK & WADHAMS**

By:  /s/ Brittany Wood                          By:  /s/ Allison R. Schmidt
     AARON R. MAURICE, ESQ.                          ALLISON R. SCHMIDT, ESQ.
     Nevada Bar No. 006412                           Nevada Bar No. 10743
     BRITTANY WOOD, ESQ.                             10777 W. Twain Ave., Suite 300
     Nevada Bar No. 007562                           Las Vegas, Nevada 89135
     AMANDA K. BAKER, ESQ.
     Nevada Bar No. 15172                            *Attorneys for Plaintiff*
     8750 W. Charleston Blvd., Ste. 100
     Las Vegas, Nevada 89117
     *Attorneys for Defendant*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   30th day of May, 2023.