UNITED STATES OF DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP J. FAGAN, JR., an individual, and as Trustee of the PHILIP J. FAGAN, JR. 2001 TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY; and DOES I-X, inclusive, <br><br> Defendant. | Case No. 2:23-cv-00371-RFB-EJY <br><br> **ORDER** |

Pending before the Court are the recently referred Motion to Stay Discovery filed by First American Title Insurance Company (ECF No. 12) and the Proposed Discovery Plan and Scheduling Order only signed by Plaintiffs and Defendant. ECF No. 29. The Court recently set February 15, 2024 as the date on which ECF Nos. 9, 25, and 27 (the Motion to Dismiss, the Motion to Dismiss the Amended Complaint, and the Motion for Attorney Fees) will be heard.

Given the passage of time since the Proposed Discovery Plan and Scheduling Order was filed, and that the Third Party Defendants are not signatories on the document, the Court finds it cannot grant ECF No. 29 at this juncture. Further, now that the Motion to Dismiss is set to be heard in approximately six weeks, a stay of discovery is neither indeterminate nor prejudicial. The overarching goals of Rule 1 of the Federal Rules of Civil Procedure are best served by a short stay.

**II.    Order**

Accordingly, IT IS HEREBY ORDERED that the Motion to Stay Discovery (ECF No. 12) is GRANTED for the period measured from Friday, December 22, 2023 through the date on which the Court issues its ruling on the pending Motions to Dismiss. If any written discovery is pending or depositions are set, the dates for responses and/or appearances are vacated without prejudice.

IT IS FURTHER ORDERED that if the holding of the Court regarding the pending Motions to Dismiss does not dismiss all claims against all parties, the remaining parties **must**, no later than fourteen (14) days after the date on which the Court issues its ruling, file a revised discovery plan and scheduling order addressing those issues that remain to be adjudicated.

1    IT IS FURTHER ORDERED that the Proposed Discovery Plan and Scheduling Order (ECF

2   No. 29) is DENIED without prejudice as moot.

3       Dated this 22nd day of December, 2023.

4

5                                                          _____
                                                           ELAYNA J. YOUCHAH
6                                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2